UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LEVITA BREWER,

        Petitioner,

                                      Case No. 19-cv-1162-pp

    v.

UNITED STATES OF AMERICA,

        Respondent.

## ORDER DISMISSING CASE

On July 14, 2020, the court issued an order screening the petition, dismissing one ground and requiring the petitioner to amend her complaint to provide more facts about her allegation that her counsel was ineffective in failing to file a notice of appeal. Dkt. No. 2. The order required the petitioner to file her amended petition in time for the court to receive it by the end of the day on September 11, 2020. Id. at 6-7. The court mailed the order to the defendant at FCI Waseca in Waseca, Minnesota, where she is incarcerated.

September 11, 2020 has passed and the court has not received an amended petition. The court has received nothing from the petitioner since she filed her petition on August 13, 2019, over a year ago now. The court's July 14, 2020 order advised the petitioner that if it did not receive an amended petition by day's end on September 11, 2020, the court would dismiss the petition on the next business day without further notice or hearing. Id. at 7.

The court **ORDERS** that the petition is **DISMISSED** and will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 25th day of September, 2020.

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**